UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| VERNON WHITAKER, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DERRAL ADAM, ) <br> ) <br> Respondent. ) | CV 10-9135-GHK (SH) <br><br> JUDGMENT |

IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed with prejudice.

DATED:    8/5/11

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

1